IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
2014 AUG 22 AM 10: 14
U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| Harold C. Mason, MD <br> Pro Se Litigant/Plaintiff | ) ) ) ) ) ) | |
| Vs. | ) ) ) | NO. 1:14CV1407 |
| | ) | JUDGE MCHARGH |
| Michael L. Nochomovitz, MD and University Primary Care Practices, Inc. <br> Respondent/Defendant | ) ) ) ) ) | |

MOTION FOR PERMISSION TO FILE ELECTRONICALLY

I, Harold C. Mason, MD, the Plaintiff in the above-mentioned matter respectfully request permission to participate in electronic case filing with respect to this legal matter. I hereby affirm that I have all the technical requirements needed to participate in electronic case filing including:

1. A computer with internet access
2. An active e-mail account in order to receive notifications from the Court and documents regarding this legal matter
3. A scanner with which I can convert paper documents to an electronic format
4. A printer to create paper documents as needed
5. A word processing program to format documents as needed

Harold C. Mason, MD
Pro Se Litigant
2621 N. Moreland Blvd., #203
Cleveland, OH 44120
hmasonmd@hushmail.com