EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA [X] EEOC | 532-2014-01635 |

**Ohio Civil Rights Commission** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Dr. Harold C. Mason | (216) 338-0136 | 09-12-1972 |

Street Address: 2621 North Moreland Blvd., #203, Cleveland, OH 44120

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNIVERSITY HOSPITALS HEALTH SYSTEM | 500 or More | (216) 844-3820 |

Street Address: 11100 Euclid Ave, Cleveland, OH 44106

DISCRIMINATION BASED ON *(Check appropriate box(es).)*:
[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [X] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-14-2014    Latest: 05-14-2014
[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I interviewed for an Urgent Care Fellow position with the above named Respondent on April 30, 2014. On May 1, 2014, I was informed by Natasha Ria Cruz, M.D., Program Director, that I had been selected for the position. She further stated that training would commence on August 1, 2014. On May 14, 2014, I received a letter from Michael Nochomovitz, M.D, President and Chief Medical Officer, stating that upon further review of my application and the Fellowship participation criteria, Respondent had decided to pursue other candidates for this position.

I believe I was discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended (Title VII), because my age, 41, in violation of the Age Discrimination in Employment Act of 1967, as amended (ADEA), and because of my disability, in violation of Title I of the Americans with Disabilities Act of 1990, as amended (ADAAA).

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

EEOC
CLRC ART UNIT
JUN 2 0 2014
RECEIVED

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
X *J. Harold C. Mason*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)
*Leona J. Smith  6/20/2014*