

# University Hospitals

**SENT VIA EMAIL (hmasonmd@hushmail.com)**
**COPY SENT VIA CERTIFIED MAIL**

Paul T. Kostyack
Associate General Counsel
Law Department

Management Services Center
3605 Warrensville Center Road
MSC 9110
Shaker Heights, OH 44122
216 767 8213 Phone
216 767 8260 Fax
paul.kostyack@uhhospitals.org

May 22, 2014

Harold Mason, M.D.
2621 N. Moreland Blvd., #203
Cleveland, Ohio 44120

Dear Dr. Mason:

I represent University Hospitals Health System, Inc. and its affiliate University Primary Care Practices, Inc. d/b/a University Hospitals Medical Practices.

I am writing in reference to your email to Michael L. Nochomovitz, M.D. dated May 17, 2014. I also make reference to a letter, dated May 14, 2014, from Dr. Nochomovitz to you stating that UHMP was no longer considering an employment agreement with you for its Urgent Care Fellowship program.

In your May 17, 2014 email you threatened UHMP with litigation.

UHMP had no contract with you. As you know from your past affiliation with us, UH engages physicians only through formal written employment or independent contractor agreements. As you also know, our contracts must be executed by authorized Officers of UH.

UHMP is not wrongfully discriminating against you. UHMP proceeds with a formal employment agreement only after reviewing the full credentials and background of applicants. After this review, your history of baseless litigation against UH was identified. We made a decision that such history disqualifies you for an employment role in our organization.

We are happy to further discuss this matter with your legal counsel. Please have him or her contact Ray Krncevic, Esq. (216-767-8513). Mr. Krncevic obtained the successful summary judgment in favor of UH after your most recent law suit.

Sincerely,

Paul T. Kostyack, Esq.
Associate General Counsel

cc: Michael Nochomovitz, M.D.
 Kim Bixenstine, Esq.
 Ray Krncevic, Esq.

1510230V 1
0013705
05/22/2014