UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HAROLD MASON, | ) | CASE NO. 1:14-CV-1407 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MICHAEL NOCHOMOVITZ | ) | ORDER ADOPTING |
| et al., | ) | MAGISTRATE'S REPORT AND |
| | ) | RECOMMENDATION |
| Defendants. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Kenneth S. Mchargh. The Report and Recommendation (ECF # 30), issued on February 20, 2015, is hereby ADOPTED by this Court.

Plaintiff in this matter filed claims against Defendants alleging violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e ("Title VII") and the Americans with Disabilities Act, 42 U.S.C. §12101 (the "ADA"). Defendant Nochomovitz filed a Motion for Judgment on the Pleadings (ECF #17). The Magistrate Judge issued a report finding that Plaintiff's Title VII and ADA claims against Defendant Nochomovitz should be dismissed because "the law of this jurisdiction bars individual liability under Title VII and the ADA." (ECF #30, p. 5). No timely

objections have been filed.

The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the Report and Recommendation in its entirety. IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: May 6, 2015