# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| HAROLD C. MASON, | ) | CASE NO.: 1:14CV1407 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| | ) | |
| MICHAEL L. NOCHOMOVITZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Harold C. Mason ("Plaintiff") and Defendant University Primary Care Practices, d/b/a University Hospitals Medical Practices ("UHMP") stipulate to the dismissal of this action, with prejudice.  The Parties agree and acknowledge that this dismissal shall be applicable to UHMP and to all subsidiaries and affiliates of UHMP's parent organization, University Hospitals Health System, Inc.  Each party will bear its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Harold C. Mason, M.D. (via email authority – authority attached)* | */s/ Heather M. Lutz* |
| Harold C. Mason, M.D. | David A. Campbell (0066494) |
| 4000 E. Bristol St. Suite 3-Box 298 | Heather M. Lutz (0082237) |
| Elkhart, IN 46514 | Vorys, Sater, Seymour and Pease LLP |
| | 200 Public Square, Suite 1400 |
| | Cleveland, Ohio 44114 |
| | Telephone:  (216) 479-6100 |
| *Plaintiff* | Facsimile:  (216) 479-6060 |
| | dacampbell@vorys.com |
| | hmlutz@vorys.com |
| | |
| | *Attorneys for Defendant University Primary Care Practices* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 10, 2015, the foregoing document was sent via the Court's electronic filing system to all parties of record with the Court on the date of filing. Notice of this filing will be served to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    */s/ Heather M. Lutz*
                                                    One of the Attorneys for
                                                    *Attorneys for Defendants University Primary Care Practices*