# Lutz, Heather M.

**Subject:** RE: Proposed Stipulation

**From:** Harold Mason, M.D. [mailto:hmasonmd@hushmail.com]
**Sent:** Monday, November 09, 2015 2:58 PM
**To:** Campbell, David A.
**Subject:** Re: Proposed Stipulation

I see no errors in this document and I agree to the dismissal of the court action that I originally filed.

Harold Mason, MD
November 9, 2015

Sent from my iPhone

On Nov 9, 2015, at 10:37 AM, Campbell, David A. <DACampbell@vorys.com> wrote:

> Take a look at this document and let us know if it is satisfactory.  I am in the office all day to discuss and revise.  216-479-6168
>
> Thanks.
>
> ```
> From the law offices of Vorys, Sater, Seymour and Pease LLP.
>
> CONFIDENTIALITY NOTICE: This e-mail message may contain confidential and/or
> privileged material. Any unauthorized review, use, disclosure or
> distribution is prohibited. If you are not the intended recipient, please
> contact the sender by reply e-mail and destroy all copies of the original
> message. If you are the intended recipient but do not wish to receive
> communications through this medium, please so advise the sender immediately.
> ```
>
> <23167657_1.docx>